IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.: 4:25-cv-13090-JD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| 9039 Fort Hill Way, | ) | |
|    Myrtle Beach, SC 29579, | ) | |
| | ) | |
| 9043 Fort Hill Way, | ) | |
|    Myrtle Beach, SC 29579, | ) | |
| | ) | |
| 115 Calhoun Falls Dr., | ) | |
|    Myrtle Beach, SC 29579, | ) | |
| | ) | |
| 490 Calhoun Falls Dr., | ) | |
|    Myrtle Beach, SC 29579, | ) | |
| | ) | |
| 534 Calhoun Falls Dr., | ) | |
|    Myrtle Beach, SC 29579, | ) | |
| | ) | |
| Defendants *in Rem.* | ) | |

**DATE OF NOTICE SENT: October 30, 2025**

**TO:**

| | | |
|---|---|---|
| Ruiqi Zeng<br>115 Calhoun Drive<br>Myrtle Beach, SC 29579 | Ruiqi Zeng<br>490 Calhoun Falls Drive<br>Myrtle Beach, SC 29579 | Ruiqi Zeng<br>534 Calhoun Falls Drive<br>Myrtle Beach, SC 29579 |
| Ruiqi Zeng/New Star Holdings<br>9039 Fort Hill Way<br>Myrtle Beach, SC 29579 | Chuan Liu<br>9043 Fort Hill Way<br>Myrtle Beach, SC 29579 | |

**RE:**   Claimants: Ruiqi Zeng, Chuan Liu and New Star Holdings, LLC

     This Notice of Judicial Forfeiture Action ("Notice") is sent to you pursuant to Rule (4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules").

1

On October 23, 2025, the United States Attorney for the District of South Carolina filed a civil Complaint in United States District Court seeking forfeiture of the above-described Defendant Property. The Complaint alleges the Defendant Property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and (G) and 28 U.S.C. § 2461, because it was involved in violations of federal criminal laws. A copy of the Complaint is enclosed.

Any persons who wish to contest the forfeiture of the Defendant Property must file BOTH a Claim and an Answer. The Claim asserting an interest in the Property must be filed not later than 35 days after the date this Notice is sent to you, pursuant to Supplemental Rule G(5)(b). In addition, an Answer to the Complaint (or a motion under Rule 12 of the Federal Rules of Civil Procedure) must be filed with the court not later than 21 days after the Claim is filed, pursuant to Supplemental Rule G(5)(b).

The Claim must meet the requirements of Supplemental Rule G(5)(a), which provides, in part, that any such Claim must:

(A) identify the specific property claimed;
(B) identify the Claimant, and state the claimant's interest in the property;
(C) be signed *by the Claimant* under penalty of perjury; and
(D) be served on the government attorney, who in this case is Carrie Fisher Sherard

Claims and Answers must be filed with the Clerk of the United States District Court at the address shown below.

U.S. District Court
401 West Evans Street
Florence, SC 29501

In addition, a copy of the Claim and Answer must be served upon the attorney for the Government, Carrie Fisher Sherard, at the address shown below.

Carrie Fisher Sherard
Office of the United States Attorney
55 Beattie Place, Suite 700
Greenville, South Carolina 29601

[SIGNATURE PAGE TO FOLLOW]

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: *s/Carrie Fisher Sherard*
Carrie Fisher Sherard #10134
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
(864) 282-2100
Carrie.A.Fisher@usdoj.gov

October 30, 2025