IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.: 4:25-cv-13090-JD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| 9039 Fort Hill Way,      Myrtle Beach, SC 29579, | ) ) ) | |
| 9043 Fort Hill Way,      Myrtle Beach, SC 29579, | ) ) ) | |
| 115 Calhoun Falls Dr.,      Myrtle Beach, SC 29579, | ) ) ) | |
| 490 Calhoun Falls Dr.,      Myrtle Beach, SC 29579, | ) ) ) | |
| 534 Calhoun Falls Dr.,      Myrtle Beach, SC 29579, | ) ) ) ) | |
| Defendants *in Rem.* | ) | |

**CERTIFICATE OF SERVICE**

On October 30, 2025, I sent and caused to be sent via Federal Express, the **United States' Notice of Forfeiture Action and Verified Complaint,** to the following person(s), believed to be potential claimant(s) to the above-described Defendant Property, at the following addresses:

Ruiqi Zeng
115 Calhoun Drive
Myrtle Beach, SC 29579

Ruiqi Zeng
490 Calhoun Falls Drive
Myrtle Beach, SC 29579

Ruiqi Zeng
534 Calhoun Falls Drive
Myrtle Beach, SC 29579

Ruiqi Zeng/New Star Holding
9039 Fort Hill Way
Myrtle Beach, SC 29579

Chuan Liu
9043 Fort Hill Way
Myrtle Beach, SC 29579

[SIGNATURE PAGE TO FOLLOW]

1

Respectfully submitted,

By: *s/ Carrie Fisher Sherard*
Carrie Fisher Sherard #10134
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
(864) 282-2100
Carrie.A.Fisher@usdoj.gov