UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C/A No.: 4:25-cv-13090-JD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 9039 Fort Hill Way, Myrtle Beach, SC 29579 | ) | |
| | ) | |
| 9043 Fort Hill Way, Mrytle Beach, SC 29579 | ) | |
| | ) | |
| 115 Calhoun Falls Drive, Myrtle Beach, SC 29579 | ) | |
| | ) | |
| 490 Calhoun Falls Drive, Myrtle Beach, SC 29579 | ) | |
| | ) | |
| 534 Calhoun Falls Drive, Myrtle Beach, SC 29579 | ) | |
| | ) | |
| Defendant *In Rem*. | ) | |
| | ) | |

## VERIFIED CLAIM OF RUIQI ZENG

Ruiqi Zeng ("Claimant"), pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, submits this verified claim and asserts her interest in and right to:

- 9039 Fort Hill Way, Myrtle Beach, SC 29579
- 115 Calhoun Falls Drive, Myrtle Beach, SC 29579
- 490 Calhoun Falls Drive, Myrtle Beach, SC 29579
- 534 Calhoun Falls Drive, Myrtle Beach, SC 29579

1

named as Defendants *in rem,* in the United States' Complaint for Forfeiture *In Rem* filed in this action.

1.     The United States' Complaint for Forfeiture purports to be an action *in rem,* pursuant to 18 U.S.C. § 981(a)(1)(C) and (G) and 28 U.S.C. § 2461, for the forfeiture of

- 9039 Fort Hill Way, Myrtle Beach, SC 29579
- 115 Calhoun Falls Drive, Myrtle Beach, SC 29579
- 490 Calhoun Falls Drive, Myrtle Beach, SC 29579
- 534 Calhoun Falls Drive, Myrtle Beach, SC 29579

which is allegedly property involved in money laundering transactions, proceeds traceable to Controlled Substances Act violations, derived from a Federal Crime of terrorism, or proceeds of some other form of specified illegal activity. See Dkt. Entry 1, Paragraph 1.

2.     The United States' Complaint for Forfeiture expressly lists Ruiqi Zeng as the grantee of the above-listed properties, and therefore an individual whose interests may be affected by this litigation, and a person who may have an interest in the properties listed above.

Claimant has a claim to, beneficial interest in, and right to,

- 9039 Fort Hill Way, Myrtle Beach, SC 29579
- 115 Calhoun Falls Drive, Myrtle Beach, SC 29579
- 490 Calhoun Falls Drive, Myrtle Beach, SC 29579
- 534 Calhoun Falls Drive, Myrtle Beach, SC 29579

named as a Defendant *in rem* in the United States' Complaint for Forfeiture.

3.  Claimant acquired her beneficial interest in and right to

- 9039 Fort Hill Way, Myrtle Beach, SC 29579
- 115 Calhoun Falls Drive, Myrtle Beach, SC 29579
- 490 Calhoun Falls Drive, Myrtle Beach, SC 29579
- 534 Calhoun Falls Drive, Myrtle Beach, SC 29579

pursuant to purchases in 2023and 2024. 9039 Fort Hill Way, 534 Calhoun Falls and 490 Calhoun Falls were each closed upon on September 12, 2023. 115 Calhoun Falls was closed upon on July

2

18, 2024.

4. Claimant has a valid ownership interest in

- 9039 Fort Hill Way, Myrtle Beach, SC 29579
- 115 Calhoun Falls Drive, Myrtle Beach, SC 29579
- 490 Calhoun Falls Drive, Myrtle Beach, SC 29579
- 534 Calhoun Falls Drive, Myrtle Beach, SC 29579

named as Defendants *In Rem* in the United States' Complaint for Forfeiture *In Rem* filed in this

action and demands the right to defend this action.

Respectfully submitted,

*s:/ Nathan S. Williams*
Nathan S. Williams (Fed. ID 10400)
Law Offices of Nathan S. Williams
266 W. Coleman Blvd., Ste. 204
Mount Pleasant, South Carolina 29464
nathan@scfederaldefense.com
(843) 209-6972

*Attorney for Claimant Ruiqi Zeng*

November 21,2025
Mount Pleasant, SC

3

## VERIFICATION

I attest and declare under penalty of perjury, as provided by 28 U.S.C. § 1746, that the foregoing Verified Claim is not frivolous, and that the information contained therein is true and correct to the best of my knowledge and belief.

Date: November __22__, 2025

_Ruiqi Zeng_
Ruiqi Zeng

4

## CERTIFICATE OF SERVICE

I, Nathan S. Williams, hereby certify that a true copy of the *Verified Claim of Ruiqi Zeng* was placed in the US Mail, postage prepaid, this 1st day of December 2025, addressed as follows:

Carrie Fisher Sherard
Office of the United States Attorney
55 Beattie Place, Suite 700
Greenville, South Carolina, 29601

_____
Nathan Williams

December 1, 2025
Mount Pleasant, SC