UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C/A No.: 4:25-cv-13090-JD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 9039 Fort Hill Way, Myrtle Beach, SC 29579 | ) | |
| | ) | |
| 9043 Fort Hill Way, Myrtle Beach, SC 29579 | ) | |
| | ) | |
| 115 Calhoun Falls Drive, Myrtle Beach, SC 29579 | ) | |
| | ) | |
| 490 Calhoun Falls Drive, Myrtle Beach, SC 29579 | ) | |
| | ) | |
| 534 Calhoun Falls Drive, Myrtle Beach, SC 29579 | ) | |
| | ) | |
| Defendant *In Rem*. | ) | |
| | ) | |

## VERIFIED CLAIM OF CHUAN LIU AKA LIU CHUAN

Chuan Liu, aka Liu Chuan ("Claimant")[1], pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, submits this verified claim and asserts his interest in and right to 9043 Fort Hill Way, Mrytle Beach, SC 29579, named as Defendant *in rem,* in the United States' Complaint for Forfeiture *In Rem* filed in this action.

1.     The United States' Complaint for Forfeiture purports to be an action *in rem,* pursuant to 18 U.S.C. § 981(a)(1)(C) and (G) and 28 U.S.C. § 2461, for the forfeiture of 9043

---

[1] Chuan Liu is referred to as "Liu Chan" throughout the Complaint. His legal name is Chuan Liu.

1

Fort Hill Way, Mrytle Beach, SC 29579 which is allegedly property involved in money laundering transactions, proceeds traceable to Controlled Substances Act violations, derived from a Federal Crime of terrorism, or proceeds of some other form of specified illegal activity. See Dkt. Entry 1, Paragraph 1.

2.      The United States' Complaint for Forfeiture expressly lists Liu Chuan (actual name Chuan Liu) as the grantee of the above-listed property, and therefore an individual whose interests may be affected by this litigation, and a person who may have an interest in the properties listed above. Claimant has a claim to, beneficial interest in, and right to, 9043 Fort Hill Way, Mrytle Beach, SC 29579 named as a Defendant *in rem* in the United States' Complaint for Forfeiture.

3.      Claimant acquired his beneficial interest in and right to 9043 Fort Hill Way, Mrytle Beach, SC 29579 pursuant to a purchase that closed on May 20, 2024.

4.      Claimant has a valid ownership interest in 9043 Fort Hill Way, Mrytle Beach, SC 29579 named as Defendants *In Rem* in the United States' Complaint for Forfeiture *In Rem* filed in this action and demands the right to defend this action.

Respectfully submitted,

*s:/ Nathan S. Williams*
Nathan S. Williams (Fed. ID 10400)
Law Offices of Nathan S. Williams
266 W. Coleman Blvd., Ste. 204
Mount Pleasant, South Carolina 29464
nathan@scfederaldefense.com
(843) 209-6972

*Attorney for Claimant Chuan Liu, aka Liu Chuan*

2

November 24, 2025
Mount Pleasant, SC

3

# VERIFICATION

I attest and declare under penalty of perjury, as provided by 28 U.S.C. § 1746, that the foregoing Verified Claim is not frivolous, and that the information contained therein is true and correct to the best of my knowledge and belief.

Date: November 25, 2025

Chuan Liu

_____
Chuan Liu, aka Liu Chuan

4

## CERTIFICATE OF SERVICE

I, Nathan S. Williams, hereby certify that a true copy of the *Verified Claim of Chuan Liu aka Liu Chuan* was placed in the US Mail, postage prepaid, this 1st day of December 2025, addressed as follows:

Carrie Fisher Sherard
Office of the United States Attorney
55 Beattie Place, Suite 700
Greenville, South Carolina, 29601

_____
Nathan Williams

December 1, 2025
Mount Pleasant, SC