STATE OF SOUTH CAROLINA      )
                             )      V E R I F I C A T I O N
COUNTY OF FLORENCE           )


I, James Cavanagh, a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, hereby verify, declare and state under penalty of perjury that I am the special agent with primary responsibility for this case; that I have read the foregoing Verified Complaint for Forfeiture *in rem* and know the contents thereof; and, that the allegations contained in the Verified Complaint for Forfeiture *in rem* are true and correct to the best of my knowledge, information and belief.


_____
James Cavanagh, Special Agent
Federal Bureau of Investigation


SWORN TO before me this __10__

day of __October_____ 2025.


_____(L.S.)
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission expires: __10|4|2032__