IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.: 4:25-cv-13090-JD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| 9039 Fort Hill Way, | ) | |
| Myrtle Beach, SC 29579, | ) | |
| | ) | |
| 9043 Fort Hill Way, | ) | |
| Myrtle Beach, SC 29579, | ) | |
| | ) | |
| 115 Calhoun Falls Dr., | ) | |
| Myrtle Beach, SC 29579, | ) | |
| | ) | |
| 490 Calhoun Falls Dr., | ) | |
| Myrtle Beach, SC 29579, | ) | |
| | ) | |
| 534 Calhoun Falls Dr., | ) | |
| Myrtle Beach, SC 29579, | ) | |
| | ) | |
| Defendants *in* | ) | |
| *Rem.* | | |

CONSENT ORDER OF FORFEITURE

This *in rem* forfeiture action was filed on October 23, 2025, concerning the (5)

real properties located at 9039 Fort Hill Way, Myrtle Beach, SC 29579;   9043 Fort Hill

Way, Myrtle Beach, SC 29579; 115 Calhoun Falls Dr., Myrtle Beach, SC 29579; 490

Calhoun Falls Dr., Myrtle Beach, SC 29579; and 534 Calhoun Falls Dr., Myrtle Beach,

SC 29579 (the "Defendant Properties").

1

The Government served the known potential claimants, New Star Holdings LLC and Ruiqi Zeng and Chuan Liu, by providing them with actual notice, as set forth in the Notice of Judicial Forfeiture filed with the court on October 30, 2025 (Docket Entry 5). Claims were filed by the Claimants Zeng and Liu on December 1, 2025 (Docket Entries 10 & 11). Potential claimant New Star Holdings LLC did not file a claim, answer, or otherwise make an appearance in this case. As set forth in the Declaration of Publication filed with the court on December 10, 2025 (Docket Entry 12), and in accordance with Supplemental Rule G(4), Fed.R.Civ.P., notice of this forfeiture action was published on an official internet government forfeiture site, "www.forfeiture.gov", for at least 30 consecutive days, beginning on November 9, 2025, and ending on December 8, 2025. Any person claiming an interest in the Defendant Properties was required to file a claim within sixty days after the first date of such publication (by January 8, 2026). All time limits for the filing of claims have now expired, with no requests for extensions of such time limits having been requested or granted.

The United States and Ruiqi Zeng and Chuan Liu have reached the following settlement. First, the Government agrees to return 9043 Fort Hill Way, Myrtle Beach, SC 29579; 115 Calhoun Falls Dr., Myrtle Beach, SC 29579; and 534 Calhoun Falls Dr., Myrtle Beach, SC 29579 to Claimants, Ruiqi Zeng and Chuan Liu. Second, 9039 Fort Hill Way, Myrtle Beach, SC 29579, TMS#:39713040080 and 490 Calhoun Falls Dr., Myrtle Beach, SC 29579, TMS#:39714010020 are to be found and held forfeited,

condemned, quit-claimed, and abandoned to the United States, and shall be disposed of by the United States pursuant to law as forfeited assets.

The parties agree that each side shall bear its own costs.

NOW THEREFORE, the Court being fully advised, and based on the Stipulation for Compromise Settlement, which is incorporated herein by reference, it is

ORDERED, ADJUDGED, AND DECREED, that:

1.    All persons and entities other than Ruiqi Zeng and Chuan Liu claiming any right, title, or interest in or to the Defendant Properties are hereby held in default; and default judgment is entered against them.

2.    The United States shall release any lis pendens placed on the real properties located at   9043 Fort Hill Way, Myrtle Beach, SC 29579; 115 Calhoun Falls Dr., Myrtle Beach, SC 29579; and 534 Calhoun Falls Dr., Myrtle Beach, SC 29579.

3.    Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(G),and 28 U.S.C. § 2461 the

real properties located at 9039 Fort Hill Way, Myrtle Beach, SC 29579, TMS#:39713040080 and 490 Calhoun Falls Dr., Myrtle Beach, SC 29579, TMS#:39714010020 are hereby forfeited, condemned, quit-claimed, and abandoned to the United States of America.

4.    Clear title in and to the aforesaid real properties located at 9039 Fort Hill Way, Myrtle Beach, SC 29579, TMS#:39713040080 and 490 Calhoun Falls Dr., Myrtle Beach, SC 29579, TMS#:39714010020 is hereby vested in the United States of

America, and no other right, title or interest exists therein.   All other claims in or to said real properties located at 9039 Fort Hill Way, Myrtle Beach, SC 29579, TMS#:39713040080 and 490 Calhoun Falls Dr., Myrtle Beach, SC 29579, TMS#:39714010020 are hereby forever foreclosed and barred.

5.    The real properties located at 9039 Fort Hill Way, Myrtle Beach, SC 29579, TMS#:39713040080 and 490 Calhoun Falls Dr., Myrtle Beach, SC 29579, TMS#:39714010020 forfeited herein shall be disposed of by the Government in accordance with law.

6.    Upon entry of this Order, the United States is authorized to seize the real properties located at 9039 Fort Hill Way, Myrtle Beach, SC 29579, TMS#:39713040080 and 490 Calhoun Falls Dr., Myrtle Beach, SC 29579, TMS#:39714010020, as directed by the United States Attorney's Office.

7.    This Order shall serve as a Writ of Entry and Inspection, authorizing the U.S. Marshals Service, and their authorized representatives to enter onto and into the premises of the above-described real property as necessary for purposes of conducting inspections, appraisals and videotaping the property, to record and document the condition, value and maintenance of the property until these proceedings are concluded.

8.    The United States Marshals Service shall serve any occupants of the real property with a copy of this Order. This Order specifically places the occupants on notice for the criminal penalties and prohibitions in 18 U.S.C. § 2232, which subjects anyone to a fine and/or imprisonment who destroys or removes property including

4

fixtures to real property, subject to seizure to prevent the property from being seized.

9.      Any occupants residing at the said real property shall vacate the premises within thirty (30) days after service of this Order of Forfeiture upon said occupants or face further eviction proceedings.

10.     The Court shall retain jurisdiction to enforce this Order and to amend it as necessary.


SO ORDERED this 2nd day of July 2026.


_____
Joseph Dawson, III
United States District Judge


Florence, South Carolina